UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, and JANE DOE 2, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC, <br><br> Defendants. | Case No. 2:25-cv-10806-RJW-DRG <br> Hon. Mark A. Goldsmith <br> Mag. David R. Grand <br><br> *Jury Trial Demanded* |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of John W. Barrett of the law firm of Bailey & Glasser LLP on behalf of the Plaintiffs, in the above-referenced matter. I certify that I am admitted to practice in this Court.

Dated: March 27, 2025

Respectfully submitted,

By: /s/ *John W. Barrett*
John W. Barrett
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
Phone: (202) 463-2101
jbarrett@baileyglasser.com

Bart D. Cohen
**BAILEY & GLASSER LLP**
1622 Locust Street
Philadelphia, PA 19103
Phone: (267) 973-4855
bcohen@baileyglasser.com

Brian A. Glasser  (*Pro Hac Vice* Forthcoming)
BAILEY & GLASSER LLP
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Phone: (202) 463-2101
bglasser@baileyglasser.com

David L. Selby, II (*Pro Hac Vice* Forthcoming)
**BAILEY & GLASSER LLP**
3000 Riverchase Galleria, Suite 905
Birmingham AL 35244
Phone: (205) 628-7575
dselby@baileyglasser.com

D. Todd Mathews
**BAILEY & GLASSER LLP**
210 W. Division Street
Maryville IL 62062
Phone: (618) 726-0091
tmathews@baileyglasser.com

Katherine E. Charonko (*Pro Hac Vice* Forthcoming)
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Phone: (304) 345-6555
kcharonko@baileyglasser.com

Parker Stinar

Mike Grieco (*Pro Hac Vice* Forthcoming)
**STINAR GOULD GRIECO & HENSLEY, PLLC**
101 N. Wacker Dr., Floor M, Suite 100
Chicago, Illinois 60606
T: (312) 728-7444
parker@sgghlaw.com

*Counsel for Plaintiffs*