# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JANE DOE 1** and **JANE DOE 2**, on behalf of themselves and others similarly situated,

      Plaintiff,

v.

**MATTHEW WEISS, the REGENTS OF THE UNIVERSITY OF MICHIGAN, the UNIVERSITY OF MICHIGAN, KEFFER DEVELOPMENT SERVICES, LLC**

      Defendants.

Case No. 25-cv-10806

Hon. Mark A. Goldsmith

_____/

| | |
|---|---|
| **STINAR GOULD GRIECO & HENSLEY, PLLC**<br>By:   **Parker Stinar (P75252)**<br>101 N. Wacker Dr., Floor M<br>Suite 100<br>Chicago, Illinois  60606<br>(312) 728-7444<br>**Attorneys for Plaintiffs** | **BUTZEL LONG**<br>By:   **Daniel B. Tukel (P34978)**<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan  48084<br>(248) 258-1616<br>**Attorneys for Defendants**<br>**University of Michigan and**<br>**Regents of the University of Michigan** |

_____/

## APPEARANCE OF COUNSEL
## FOR DEFENDANTS UNIVERSITY OF MICHIGAN
## AND REGENTS OF THE UNIVERSITY OF MICHIGAN

      The law firm of Butzel Long, by Daniel B. Tukel, hereby enters its appearance as attorneys for defendants the University of Michigan and Regents of the University

- 2 -

of Michigan.

                                    **BUTZEL LONG**

                                    s/ Daniel B. Tukel
                                    201 West Big Beaver Road
                                    Suite 1200
                                    Troy, Michigan  48084
                                    (248) 258-1616
                                    tukel@butzel.com
                                    (P34978)

DATED:     March 28, 2025

## Certificate of Service

I hereby certify that on March 28, 2025, I electronically filed the foregoing paper, Appearance of Counsel for Defendants the University of Michigan and Regents of the University of Michigan, with the Clerk of the Court using the ECF system which will send notification of such filing to all parties registered with ECF.

                                              s/ Daniel B. Tukel
                                              201 West Big Beaver Road
                                              Suite 1200
                                              Troy, Michigan  48084
                                              (248) 258-1616
                                              tukel@butzel.com
                                              (P34978)