UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JANE DOE 1** and **JANE DOE 2**, on behalf of themselves and others similarly situated,

   Plaintiff,

v.

**MATTHEW WEISS, the REGENTS OF THE UNIVERSITY OF MICHIGAN, the UNIVERSITY OF MICHIGAN, KEFFER DEVELOPMENT SERVICES, LLC**

   Defendants.
_____/

Case No. 25-cv-10806

Hon. Mark A. Goldsmith

| | |
|---|---|
| **STINAR GOULD GRIECO & HENSLEY, PLLC**<br>By: **Parker Stinar (P75252)**<br>101 N. Wacker Dr., Floor M<br>Suite 100<br>Chicago, Illinois  60606<br>(312) 728-7444<br>**Attorneys for Plaintiffs** | **BUTZEL LONG**<br>By: **Daniel B. Tukel (P34978)**<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan  48084<br>(248) 258-1616<br>**Attorneys for Defendants**<br>**University of Michigan and**<br>**Regents of the University of Michigan** |

_____/

**STIPULATED ORDER EXTENDING TIME**
**TO RESPOND TO COMPLAINT**

  In accordance with the stipulation of the parties, defendants University of Michigan and Regents of the University of Michigan having waived service, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the time for defendants University of Michigan and Regents of the University Michigan to respond to the Complaint is extended to and including June 2, 2025.

**SO ORDERED**.

Dated: April 2, 2025

s/Mark A. Goldsmith
United States District Court Judge

**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

s/ with the consent of
Parker Stinar
101 N. Wacker Dr., Floor M
Suite 100
Chicago, Illiniois  60606
(312) 728-7444
parker@sgghlaw.com
(P75252)

s/Daniel B. Tukel
Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)