UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JANE DOE 1** and **JANE DOE 2**, on behalf of themselves and others similarly situated,

  Plaintiff,

v.

**MATTHEW WEISS, the REGENTS OF THE UNIVERSITY OF MICHIGAN, the UNIVERSITY OF MICHIGAN**, et al.,

  Defendants.
_____/

Case No. 25-cv-10806

Hon. Mark A. Goldsmith

### STIPULATED ORDER REGARDING USE OF PSEUDONYMS AND RESOLVING PLAINTIFFS' MOTION TO MAINTAIN PSEUDONYMS (ECF NO. 7)

In accordance with the stipulation of attorneys for plaintiffs and defendants University of Michigan and Regents of the University of Michigan ("defendants"), and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that plaintiffs may continue to use the pseudonyms "Jane Doe 1" and "Jane Doe 2" for Court filings and other communications with defendants, until further Order of the Court or agreement of the parties and subject to the following conditions: Plaintiff's counsel will, within 2 business days, provide counsel for the University of Michigan/Regents of the

University of Michigan with those plaintiffs' full legal names and dates of birth. Those defendants will continue to use the pseudonyms in any Court filings or other communications, and they will not otherwise disclose the names to any third parties without stipulation of counsel for the plaintiffs or further Order of the Court. Nothing in this Order precludes any party from seeking to have the Court modify its terms or from seeking leave of the Court to otherwise allow disclosure of plaintiffs' names, nor does it constitute a decision on the use of pseudonyms should the matter proceed to trial. Because this Order resolves plaintiffs' Motion to Maintain Pseudonyms (ECF No. 7), that motion is denied as moot.

**SO ORDERED**.

s/Mark A. Goldsmith
United States District Court Judge

Dated: March 7, 2025

**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

| | |
|---|---|
| s/ with the consent of<br>Parker Stinar<br>101 N. Wacker Dr., Floor M<br>Suite 100<br>Chicago, Illinois 60606<br>(312) 728-7444<br>parker@sgghlaw.com<br>(P75252) | s/<br>Daniel B. Tukel<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan 48084<br>(248) 258-1616<br>tukel@butzel.com<br>(P34978) |