UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, and JONE DOE 2,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 25-CV-10806<br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand |

## INDEX OF EXHIBITS

Exhibit A – Proposed Order Granting Motion for Expedited Discovery

Exhibit B – University Defendants Discovery Requests

Exhibit C – Keffer Discovery Requests

Exhibit D – Weiss Discovery Requests

Exhibit E – Jane Doe UM Letter 12.23.22 (redacted)

Exhibit F – Mega Victim Email (redacted)

Exhibit G – VNS Emails (redacted)