# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, and JONE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,<br><br>Defendants. | Case No. 25-CV-10806<br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

This matter is before the Court on Plaintiffs' motion for expediated discovery. Plaintiffs, Jane Doe 1 and Jane Doe 2 ("Plaintiffs"), filed a motion seeking expediated discovery on April 7, 2025. The Court has reviewed the motion and Defendants' responses and finds the motion ought to be granted for the reasons stated in Plaintiffs' motion.

Accordingly, Plaintiffs' motion for expediated discovery is **GRANTED**.

It is further **ORDERED** that Plaintiffs may serve the discovery requests under Rules 33 and 34 proposed in the exhibits attached to their motion.

1

2

**SO ORDERED**.

Dated:                                         s/_____
                                               United States District Court Judge