# EXHIBIT F



**Sent:** Thursday, March 27, 2025 1:03 PM
**To:** USAEO-MCAP <USAEO.MCAP@usa.doj.gov>
**Subject:** Re: [EXTERNAL] ited States v. Defendant(s) Matthew Weiss Case Number 2023R00208 and Court Docket Number 25-CR-20165


Thank you for this. Are you able to advise me if I need to get a lawyer or not?




On Thu, Mar 27, 2025 at 12:46 PM USAEO-MCAP <USAEO.MCAP@usdoj.gov> wrote:

> Good afternoon,

Thank you for contacting MCAP. You have been identified as a victim in an unauthorized access and aggravated identity theft case. The defendant of the case gained unauthorized access to the email, social media, and cloud storage accounts of 2000+ victims between 2015 and 2023. Thousands of candid, intimate photographs and videos have been seized from the defendant's electronic devices and from his cloud storage accounts. Many show victims naked. Some show victims engaged in explicit sexual acts.

What do I do with this information? Because this is an active investigation, the FBI is limited in what information can be disclosed about the investigation. You are being informed of the nature of the case so you can act to protect your online accounts. We recommend resetting passwords across your online accounts, especially those containing sensitive information, such as financial accounts, email accounts, file storage accounts, and social media accounts. We strongly advise against reusing passwords across accounts. Additionally, we recommend using multi-factor authentication for your online accounts whenever possible. This requires an additional level of authentication (e.g., SMS text message verification, email verification, authenticator app, etc.) to access your account. Be vigilant for any changes to your credit report. Further information about fraud reports and credit freezing can be found at www.identitytheft.gov and www.usa.gov/identity-theft. Further information about safe practices online can be found at fbi.gov/how-we-can-help-you/scams-and-safety/on-the-internet.

You may register with VNS using your VIN and PIN to get up to date notifications of the case.

Respectfully,



Mega Victim Case Assistance Program(MCAP)

Office of Legal Programs

Executive Office for United States Attorneys

*******:*****************************:*********

If you have any questions, contact us at (844) 527-5299 or send us an email: USAEO.MCAP@usa.doj.gov

3

███████████████████████████

**Sent:** Thursday, March 27, 2025 11:56 AM
**To:** USAEO-MCAP <USAEO.MCAP@usa.doj.gov>
**Subject:** [EXTERNAL] ited States v. Defendant(s) Matthew Weiss Case Number 2023R00208 and Court Docket Number 25-CR-20165

Hi,

I am contacting you because I received an email saying that I am a victim of a crime committed by Matthew Weiss. I would like to receive more information to understand what information he has of mine. My VIN is ████████ **Thanks!**

███████████