**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE 1, and JANE DOE2, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-10806 |
| ) | |
| MATTHEW WEISS; the REGENTS OF THE ) | Hon. Mark A. Goldsmith |
| UNIVERSITY OF MICHIGAN; the ) | |
| UNIVERSITY OF MICHIGAN; KEFFER ) | |
| DEVELOPMENT SERVICES, LLC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Richard Shenkan as counsel for Defendant Keffer Development Services, LLC.

April 21, 2025

                                                **SHENKAN INJURY LAWYERS, LLC.**
                                                By: */s/ Richard Shenkan*
                                                Richard Shenkan
                                                SHENKAN INJURY LAWYERS, LLC.
                                                6550 Lakeshore St.
                                                West Bloomfield, MI 48323
                                                T: (248) 562-1320
                                                F: (888) 769-1774
                                                *Attorney for the Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing was filed on the 21th day of April, 2025, using the CM/ECF system, which automatically serves a copy of same upon all counsel for record.

                                                SHENKAN INJURY LAWYERS, LLC
                                                By: /s/ Richard Shenkan
                                                *Attorney for the Defendant*