# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, and JANE DOE 2, on behalf of themselves and all others similarly situated, | Case No. 25-CV-10806 Hon. Mark A. Goldsmith Mag. Elizabeth A. Stafford |
| Plaintiffs, | |
| vs. | |
| MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC, | |
| Defendants. | |
| JANE DOE 1-40 AND MCKENZIE JOHNSON, | Case No. 25-CV-10855 Hon. Mark A. Goldsmith Mag. Elizabeth A. Stafford |
| Plaintiffs, | |
| vs. | |
| MATTHEW WEISS; the UNIVERSITY OF MICHIGAN BOARD OF REGENTS; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC, | |
| Defendants. | |

| | |
|---|---|
| JANE ROE CLF 001, | Case No. 25-CV-10870 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| | Mag. Elizabeth A. Stafford |
| vs. | |
| MATTHEW WEISS; the UNIVERSITY OF MICHIGAN; the REGENTS OF THE UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC, | |
| Defendants. | |
| JANE DOE, | Case No. 25-CV-10876 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| vs. | Mag. Elizabeth A. Stafford |
| the UNIVERSITY OF MICHIGAN BOARD OF REGENTS; KEFFER DEVELOPMENT SERVICES, LLC; MATTHEW WEISS, | |
| Defendants. | |
| JANE DOE 1-11, | Case No. 25-CV-10946 |
| Plaintiffs, | Hon. Mark A. Goldsmith |
| | Mag. Elizabeth A. Stafford |
| vs. | |
| the REGENTS OF THE UNIVERISTY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT, LLC; MATTHEW WEISS, | |
| Defendants. | |

2

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>vs.<br><br>the BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC; MATTHEW WEISS,<br><br><br>                    Defendants. | Case No. 25-CV-10951<br>Hon. Mark A. Goldsmith<br>Mag. Elizabeth A. Stafford |
| JANE DOE 1-3,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,<br><br>                    Defendants. | Case No. 25-CV-10988<br>Hon. Mark A. Goldsmith<br>Mag. Elizabeth A. Stafford |
| STUDENT DOE, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN BOARD; the UNIVERSITY OF REGENTS, MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC, | Case No. 25-CV-10999<br>Hon. Mark A. Goldsmith<br>Mag. Elizabeth A. Stafford |

and MATTHEW WEISS,

          Defendants.

## INDEX OF EXHIBITS

**EXHIBIT A-**       **Proposed Order Granting Majority Plaintiffs' Amended Motion to Consolidate Cases and to Appoint Interim Co-Lead Counsel**