# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, and JANE DOE 2,<br>　　　　　　Plaintiffs,<br>vs.<br><br>MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,<br><br>　　　　　　Defendants. | Case No. 25-CV-10806<br>Hon. Mark A. Goldsmith<br>Mag. Elizabeth A. Stafford |

## STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY (ECF NO. 15)

In accordance with the stipulation of the Parties, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the deadline for Plaintiffs to file a reply in support of their Motion for Expedited Discovery (ECF No. 15) is extended by three days, making the deadline Friday, May 2, 2025.

**SO ORDERED.**

Dated: April 29, 2025　　　　　　　　s/Mark A. Goldsmith
　　　　　　　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　United States District Judge

AS STIPULATED:

1

By: /s/ *Patrick Lannen*
Patrick Lannen
Erik Johnson
**STINAR GOULD GRIECO & HENSLEY, PLLC**
550W. Merrill Street, Suite 249
Birmingham, Michigan 48009
patrick@sgghlaw.com
(269) 370-1746
erik@sgghlaw.com
(248) 221-8561

*Counsel for Plaintiffs*

By: /s/ *Daniel B. Tukel (with permission)*
Daniel B. Tukel (P34978)
Sheldon Klein (P41062)
**BUTZEL LONG**
201 West Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
klein@butzel.com

*Counsel for Defendants*
*Regents of the University of Michigan*
*and the University of Michigan*

2