UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE 1, and JANE DOE 2,

     Plaintiffs,

                                  Case No. 2:25-cv-10806-MAG-EAS

-vs-

                                  HON. MARK A. GOLDSMITH

MATTHEW WEISS; the REGENTS
OF THE UNIVERSITY OF MICHIGAN;     MAGISTRATE JUDGE
the UNIVERSITY OF MICHIGAN;       ELIZABETH A. STAFFORD
KEFFER DEVELOPMENT SERVICES,
LLC,

     Defendants.

_____

## **CORRECTED NOTICE OF FILING OF**
## **MOTION FOR STATUS CONFERENCE**

Plaintiffs inadvertently included a case from the Northern District of Illinois

as a case for consolidation in the original notice, which is now removed. Please take

notice that Plaintiffs have filed a Motion for Status Conference in Case No. 25-cv-

10946. The motion seeks consolidation of the following cases:

- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10806;
- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10855;
- *Jane Roe CLF 001 v. Weiss, et al.*, Case No 25-cv-10870;
- *Jane Doe v. Board of Regents*, Case No. 25-10876;
- *Jane Does 1 –11 v. University of Michigan*, Case No. 25-cv-10946;
- *Jane Doe v. Board of Regents, et al.,* 25-cv-10951;
- *Jane Doe 1-3 v. Matthew Weiss, et al.*, Case No. 25-cv-10988; and
- *Student Doe v. Board of Regents, et al.*, Case No. 25-cv-10999.

Dated: May 6, 2025

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

*/s/ Jason J. Thompson*
Jason J. Thompson (P47184)
Lisa M. Esser (P70628)
Richard L. Groffsky (P32992)
Matthew G. Curtis (P37999)
Attorney for Plaintiffs
One Towne Square, Suite 1700
Southfield, Michigan, 48076
(248) 355-0300
JThompson@sommerspc.com
LEsser@sommerspc.com
RGroffsky@sommerspc.com
MCurtis@sommerspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system.

*/s/ Jason J. Thompson*
Jason J. Thompson (P47184)

2