# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JANE DOE 1, and JANE DOE 2,

    Plaintiffs,

vs.

MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,

    Defendants.

Case No. 2:25-cv-10806

Hon. Mark A. Goldsmith

*Electronically Filed and Served*

**DEFENDANT KEFFER DEVELOPMENT SERVICES, LLC'S JOINDER IN DEFENDANT REGENTS OF THE UNIVERSITY OF MICHIGAN AND DEFENDANT THE UNIVERSITY OF MICHIGAN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR AFFIRMATIVE INJUNCTIVE RELIEF**

Filed on behalf of Defendant:
Keffer Development Services, LLC

Thomas W. King, III
PA ID # 21580
**DILLON, MCCANDLESS, KING, COULTER & GRAHAM L.L.P.**
128 West Cunningham Street
Butler, PA 16001
Telephone: 724-283-2200
Facsimile: 724-283-2298

tking@dmkcg.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE 1, and JANE DOE 2,

        Plaintiffs,

vs.

MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,

        Defendants.

Case No. 2:25-cv-10806

Hon. Mark A. Goldsmith

---

**DEFENDANT KEFFER DEVELOPMENT SERVICES, LLC'S JOINDER IN DEFENDANT REGENTS OF THE UNIVERSITY OF MICHIGAN AND DEFENDANT THE UNIVERSITY OF MICHIGAN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR AFFIRMATIVE INJUNCTIVE RELIEF**

Defendant, Keffer Development Services LLC, ("Keffer") by and through its undersigned counsel, hereby files its Joinder in Defendant, Regents of the University of Michigan, and Defendant, the University of Michigan's (hereinafter the "University Defendants"), Response in Opposition to Plaintiffs' Motion for Affirmative Injunctive Relief stating further as follows:

1

1. On May 6, 2025, the University Defendants filed their "Response in Opposition to Plaintiffs' Motion for Affirmative Injunctive Relief" (hereinafter the "Response"). *See* ECF 46.

2. Federal Rule of Civil Procedure 10(c) provides, in pertinent part, "Adoption by Reference…A statement in a pleading may be adopted by reference elsewhere in the same pleading or in **any other pleading or motion**." USCS Fed Rules Civ Proc R 10. (emphasis added).

3. Pursuant to FRCP 10, Keffer joins the University Defendants' Response filed at ECF 46 expressly incorporating the argument set forth related to Plaintiffs being unable to "meet their burden of demonstrating the elements necessary for an injunction," and respectfully requests that this Court deny Plaintiffs' Motion for Affirmative Injunctive Relief.

WHEREFORE, Keffer respectfully requests that the Court adopt the argument as set forth in the University Defendants' Response and deny Plaintiffs' Motion for Affirmative Injunctive Relief.

**[SIGNATURE APPEARS ON THE FOLLOWING PAGE]**

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | **DILLON MCCANDLESS KING COULTER & GRAHAM, LLP** |
| Dated: <u>May 6, 2025</u> | By: <u>/s/ Thomas W. King, III</u><br>        Thomas W. King, III<br>        PA. I.D. No. 21580 |
|  | 128 West Cunningham St.<br>Butler, PA 16001<br>Telephone: 724-283-2200<br>Fax: 724-283-2298<br>Email: tking@dmkcg.com |
|  | *Counsel for Defendant, Keffer Development Services, LLC* |

3