AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:25–cv–10806–RJW–DRG

This summons for *(name of individual and title, if any)* __Matthew Weiss__

was received by me on *(date)* _____

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[X] Other: *(specify)*: Summons & Complaint mailed by Certified Mail. Return receipt attached and signed on 4/28/2025

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: 5/14/2025

*Amanda Allen*
*Server's Signature*

Amanda Allen, Paralegal for Stinar Gould Grieco & Hensley
*Printed Name and Title*

101 N. Wacker Dr., Ste. 100, Chicago, IL 60606
*Server's address*

Additional information regarding attempted service, etc.:

**UNITED STATES POSTAL SERVICE**

May 14, 2025

Dear Melissa Winecki:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8112 0620 8882 1446 14**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 28, 2025, 1:24 pm |
| **Location:** | MADISON, CT 06443 |
| **Postal Product:** | USPS Ground Advantage™ |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Mr Matthew Weiss |

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004