UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe 1, et al.,

　　　　　Plaintiff(s),　　　　　　　　　Case No. 25-10806

v.　　　　　　　　　　　　　　　　　　　Judge  Mark A. Goldsmith

Matthew Weiss, et al.,　　　　　　　　Magistrate Judge  Elizabeth A. Stafford

　　　　　Defendant(s).
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Matthew Weiss for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on April 28, 2025 at 32 Wyndy Brook Ln, Madison, CT 06443 by Certified Mail (ECF No 53).
   [certified mail, regular mail, personal service, waiver of service]

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: June 3, 2025

s/Erik H. Johnson
Signature

P85017
Bar No.

550 W. Merrill Street, Suite 240
Street Address

Birmingham, MI 48009
City, State, Zip Code

(248) 221-8561
Telephone Number

erik@sgghlaw.com
Primary Email Address