UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Jane Doe 1, et al.,

                              Plaintiff(s),

v.                                          Case No. 2:25–cv–10806–MAG–EAS
                                            Hon. Mark A. Goldsmith
Matthew Weiss, et al.,

                              Defendant(s).

_____


### CLERK'S ENTRY OF DEFAULT

Party in Default:  Matthew Weiss

    The default of the party named above for failure to plead or otherwise defend is entered.


### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                              KINIKIA D. ESSIX, CLERK OF COURT


                              By: s/ J C Brown_____
                                  Deputy Clerk

Dated:  June 5, 2025