# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-10806 |
| | ) |
| | ) Hon. Mark A. Goldsmith |
| MATTHEW WEISS; the REGENTS OF THE | ) Mag. Elizabeth A. Stafford |
| UNIVERSITY OF MICHIGAN; the | ) |
| UNIVERSITY OF MICHIGAN; and KEFFER | ) |
| DEVELOPMENT SERVICES, LLC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdrawal the appearance of Richard Shenkan and the Shenkan Injury Lawyers, LLC. in this matter.

May 16, 2025             **SHENKAN INJURY LAWYERS, LLC.**
By: */s/ Richard Shenkan*
Richard Shenkan
SHENKAN INJURY LAWYERS, LLC.
6550 Lakeshore St.
West Bloomfield, MI 48323
T: (248) 562-1320
F: (888) 769-1774
*Attorney for the Defendant Keffer Development Services, LLC.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-10806 |
| ) | |
| MATTHEW WEISS; the REGENTS OF THE ) | Hon. Mark A. Goldsmith |
| UNIVERSITY OF MICHIGAN; the ) | Mag. Elizabeth A. Stafford |
| UNIVERSITY OF MICHIGAN; and KEFFER ) | |
| DEVELOPMENT SERVICES, LLC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Richard Shenkan and Shenkan Injury Lawyers, LLC. are withdrawn as counsel for Keffer Development Services, LLC. The Clerk shall discontinue all ECF notifications to this counsel.

Dated: June 12, 2025             s/Mark A. Goldsmith
Detroit, Michigan                MARK A. GOLDSMITH
                                 United States District Judge