

To Whom It May Concern,

The certified letter addressed to Mr. Matthew Weiss was incorrectly scanned delivered on April 28, 2025. Tracking number is **9414 8112 0620 8882 1446 14**

The address of 32 Wyndy Brook was on hold for two weeks and certified mail was mixed in with the regular mail. Substitute Carrier incorrectly signed for certified letter when delivering hold mail and were refused upon attempted delivery.

Please feel free to contact us with any questions and we apologize for any inconvenience this may have caused.

Thank you,

John Wezenski
Lead Clerk
Guilford / Madison Annex
203-458-4052

Sal Gaudino
Postmaster
Guilford / Madison Annex
203-458-4052