**USPS.COM**

Quick Tools | Send | Receive | Shop | Business | International

# USPS Tracking®

Tracking / FAQs

Track Packages Anytime, Anywhere — Get the free Informed Delivery® feature to receive automated notifications on your packages — Learn More

Remove ✕

**Tracking Number:**

**9114902200789604525156**

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:28 am on June 9, 2025 in CHICAGO, IL 60606.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
CHICAGO, IL 60606
June 9, 2025, 9:28 am

**Out for Delivery**
CHICAGO, IL 60606
June 9, 2025, 6:10 am

**Arrived at Hub**
CHICAGO, IL 60699
June 8, 2025, 4:43 am

**In Transit to Next Facility**
June 7, 2025

**Arrived at USPS Regional Facility**
CHICAGO IL DISTRIBUTION CENTER
June 6, 2025, 4:47 am

**In Transit to Next Facility**
June 6, 2025, 3:30 am

**Departed USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
June 6, 2025, 1:13 am

**Arrived at USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
June 5, 2025, 7:01 am

**In Transit to Next Facility**
June 4, 2025, 3:42 pm

**In Transit to Next Facility**
June 4, 2025, 9:56 am

**Departed USPS Regional Facility**
SPRINGFIELD MA DISTRIBUTION CENTER
June 4, 2025, 4:09 am

**Arrived at USPS Regional Origin Facility**
SPRINGFIELD MA DISTRIBUTION CENTER
June 3, 2025, 7:25 pm

**Departed Post Office**
GUILFORD, CT 06437
June 2, 2025, 5:07 pm

**USPS in possession of item**
GUILFORD, CT 06437
June 2, 2025, 12:23 pm

Hide Tracking History