CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I served a copy of the foregoing DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT PURSUANT TO RULE 55(c) on Parker Stinar, STINAR GOULD GRIECO & HENSLEY, PLLC, 101 N. Wacker Dr., Floor M, Suite 100 Chicago, Illinois 60606, by Certified U.S. Mail, postage prepaid.

/s/ Matthew Weiss

Matthew Weiss, Pro Se

2075 W Stadium Blvd #1066
Ann Arbor, MI 48106