UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE, et al,

    Plaintiff(s),

-vs-

THE REGENTS OF THE UNIVERSITY
OF MICHIGAN, et al,

    Defendants.

Case No. 2:25-cv-10806

HON. MARK A. GOLDSMITH

MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

**RETURN OF SERVICE OF SUMMONS AND COMPLAINT
UPON MATTHEW WEISS IN CASE NO. 25-10946**

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Jane Doe, et al.,

               *Plaintiff,*

v.

The Regents Of The University Of Michigan, et al.,

               *Defendant.*

Case No. 2:25-cv-10946-JJCG-APP
Hon. Jonathan J.C. Grey

## SUMMONS IN A CIVIL ACTION

To: Matthew Weiss

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Lisa M. Esser
        One Towne Square
        Ste 1700
        Southfield, MI
        48076

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ L Hamka
     *Signature of Clerk or Deputy Clerk*



Date of Issuance: April 3, 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:25-cv-10946-JJCG-APP

This summons for *(name of individual and title, if any)* MATTHEW WEISS
was received by me on *(date)* 6-12-25

[X] I personally served the summons on the individual at *(place)* 1320 BALDWIN AVE
ANN ARBOR, MI, 48104 on *(date)* 6-12-25 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00.

I declare under the penalty of perjury that this information is true.

Date: 6-12-25

Server's Signature

JAMES T. BUNDSHUH
Printed Name and Title
3250 FRANKLIN ST., DETROIT MI. 48207
Server's address

Additional information regarding attempted service, etc.: