UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE, et al,

        Plaintiffs,

vs.

MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,

        Defendants.

Case No. 2:25-CV-10806
Hon. Mark A. Goldsmith

## STIPULATED ORDER EXTENDING DEADLINE TO FILE CONSOLIDATED COMPLAINT

By stipulated order dated June 3, 2025, the Court extended deadlines for Plaintiffs to file a consolidated complaint and for Defendants to respond to the consolidated complaint. Plaintiffs now seek an additional 7-day extension to file the consolidated complaint because the amount of feedback and pace of receiving it requires an additional week to fairly review and include comments. Defendants the Regents of the University of Michigan, the University of Michigan, and Keffer Development Services, LLC concur in the relief requested, and Plaintiffs have agreed to provide defendants until August 18, 2025 to respond to the consolidated complaint.

The Court finds good cause to extend the consolidated complaint filing deadline seven days. *See* Fed. R. Civ. P. 16(b)(4). Accordingly, Plaintiffs must file the consolidated complaint on or before June 27, 2025. Defendants must answer or move in regard to the consolidated complaint on or before August 18, 2025. All other deadlines remain unchanged.

      **SO ORDERED**.

Dated: June 18, 2025                            s/Mark A. Goldsmith
      Detroit, Michigan                   MARK A. GOLDSMITH
                                                        United States District Judge

Stipulated to by:

/s/*Patrick Lannen*
Patrick Lannen
**STINAR GOULD GRIECO & HENSLEY**
*Attorneys for Plaintiffs*

s/*Thomas King (w/ consent)*
Thomas King III
**Dillon, McCandless, King, Coulter & Graham, L.L.P.**
Attorneys for Defendant Keffer

s/*Daniel B. Tukel(w/ consent)*
Daniel B. Tukel
**Butzel Long**
Attorneys for Defendants
the Regents of the University of Michigan; and
University of Michigan