UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE, et al,

        Plaintiffs,

vs.

MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,

        Defendants.

Case No. 2:25-CV-10806
Hon. Mark A. Goldsmith

## ORDER APPOINTING EXECUTIVE COMMITTEE

The Court conducted a conference with counsel on May 14, 2025 to discuss several case management issues, including those raised in the Joint Statement (ECF No. 50), relative to the eight cases that the Court has denominated as the Weiss Litigation.[1] The Court subsequently issued an Order for Consolidation and Related

---

[1] The Weiss Litigation includes the following cases in this district:

25-10806, Doe 1 et al v. Weiss et al.
25-10855, Doe I et al v. Weiss et al.
25-10870, Roe CLF 001 v. Weiss et al.
25-10876, Doe v. University of Michigan Board of Regents et al.
25-10951, Doe v. Board of Regents of the University of Michigan et al.
25-10946, Doe 1 et al v. The Regents of The University of Michigan et al.
25-10988, Doe v. Weiss et al.
25-10999, Doe v. Board of Regents of the University of Michigan et al.

Matters (ECF No. 58). In that Order, among other things, the Court appointed interim co-lead counsel and interim liaison counsel. The Court indicated it would consider at a subsequent conference modifying the proposed executive committee that was suggested by the co-leads, pending further discussion and potential agreement among plaintiffs' counsel in the Weiss Litigation.

The Court conducted a conference with all plaintiffs' counsel on June 12, 2025 to further discuss the composition of the interim executive committee. The focus of the discussions centered on what if any participation attorneys from law firms who were not selected to participate as interim co-lead counsel desired to have in an executive committee role. The attorneys present confirmed during the conference that there was no interest in modifying the proposed interim executive committee, and the Court indicated that the proposed executive committee would be formally appointed. Therefore, the Court appoints as the interim executive committee the following attorneys:

    i. Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC;

    ii. Aimee W. Wagstaff of Wagstaff Law;

    iii. David L. Selby, II of Bailey Glasser, LLP;

    iv. Raina Borrelli of Strauss Borrelli PLLC; and

    v. Patrick Lannen of Stinar, Gould, Grieco & Hensly, P.L.L.C.

**SO ORDERED**.

Dated: June 23, 2025  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
United States District Judge