UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>    Plaintiffs,<br>vs.<br><br>MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,<br><br>    Defendants. | Case No. 2:25-CV-10806<br>Hon. Mark A. Goldsmith |

## INDEX OF EXHIBITS

Exhibit A – USPS 1310 Glendaloch, Ann Arbor, MI

Exhibit B – USPS CT Tracking

Exhibit C – Return Receipt

Exhibit D – USPS Notice

Exhibit E – Letter to Matthew Weiss

Exhibit F –USPS 2075 Stadium Blvd., Ann Arbor, MI

Exhibit G – Signed Affidavit with Exhibit

Exhibit H – Proposed Order to Retrieve Service Package

1