# Exhibit A

| Shipment Status | Tracking # | Date Delivered | Recipient | Name | Address |
|---|---|---|---|---|---|
| Undeliverable | 9414811206208878983616 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |
| Undeliverable | 9414811206208881906312 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |
| Undeliverable | 9414811206208881907074 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |
| Undeliverable | 9414811206208882153821 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |
| Undeliverable | 9414811206208882121424 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |

# USPS Tracking®

FAQs

**Tracking Number:**

Remove ✕

## 9414811206208882153821

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item could not be delivered on June 13, 2025 at 2:40 pm in ANN ARBOR, MI 48103. It was held for the required number of days and is being returned to the sender.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Alert**
**Unclaimed/Being Returned to Sender**
ANN ARBOR, MI 48103
June 13, 2025, 2:40 pm

**Reminder to Schedule Redelivery of your item**
April 24, 2025

**Notice Left (No Authorized Recipient Available)**
ANN ARBOR, MI 48104
April 19, 2025, 11:21 am

**Out for Delivery**
ANN ARBOR, MI 48104
April 19, 2025, 6:10 am

**Arrived at Post Office**
ANN ARBOR, MI 48103
April 19, 2025, 5:44 am

**Arrived at USPS Facility**
ANN ARBOR, MI 48103

Feedback

April 19, 2025, 2:59 am

- **Departed USPS Regional Facility**

  DETROIT MI DISTRIBUTION CENTER
  April 19, 2025, 2:02 am

- **Arrived at USPS Regional Destination Facility**

  DETROIT MI DISTRIBUTION CENTER
  April 18, 2025, 9:07 pm

- **In Transit to Next Facility**

  April 18, 2025

- **Arrived at USPS Regional Origin Facility**

  CHICAGO IL DISTRIBUTION CENTER
  April 17, 2025, 8:54 pm

- **Accepted at USPS Origin Facility**

  CHICAGO, IL 60606
  April 17, 2025, 7:39 pm

- **Shipping Label Created, USPS Awaiting Item**

  CHICAGO, IL 60606
  April 15, 2025, 9:11 am

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**