# **Exhibit B**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414811206208882144614

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:24 pm on April 28, 2025 in MADISON, CT 06443.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
MADISON, CT 06443
April 28, 2025, 1:24 pm

**Held at Post Office, At Customer Request**
MADISON, CT 06443
April 21, 2025, 10:17 am

**Out for Delivery**
MADISON, CT 06443
April 21, 2025, 6:10 am

**Arrived at USPS Facility**
GUILFORD, CT 06437
April 21, 2025, 4:27 am

**Arrived at Post Office**
GUILFORD, CT 06437
April 21, 2025, 4:01 am

**Departed USPS Regional Facility**

Feedback

SOUTHERN CT DISTRIBUTION CENTER
April 21, 2025, 3:39 am

**Arrived at USPS Regional Facility**

SOUTHERN CT DISTRIBUTION CENTER
April 21, 2025, 3:35 am

**Departed USPS Regional Facility**

SPRINGFIELD MA DISTRIBUTION CENTER
April 21, 2025, 12:33 am

**Arrived at USPS Regional Facility**

SPRINGFIELD MA DISTRIBUTION CENTER
April 19, 2025, 6:48 am

**Departed USPS Facility**

PHILLIPSBURG, NJ 08865
April 19, 2025, 2:22 am

**Arrived at USPS Facility**

PHILLIPSBURG, NJ 08865
April 18, 2025, 8:36 pm

**In Transit to Next Facility**

April 18, 2025, 7:14 pm

**In Transit to Next Facility**

April 18, 2025, 1:36 pm

**In Transit to Next Facility**

April 18, 2025, 8:38 am

**Departed USPS Regional Facility**

CHICAGO IL DISTRIBUTION CENTER
April 18, 2025, 3:38 am

**Arrived at USPS Regional Origin Facility**

CHICAGO IL DISTRIBUTION CENTER
April 17, 2025, 8:54 pm

**Accepted at USPS Origin Facility**

CHICAGO, IL 60606
April 17, 2025, 7:39 pm

**Shipping Label Created, USPS Awaiting Item**

CHICAGO, IL 60606
April 15, 2025, 9:03 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs