# **Exhibit E**



**SGGH Main Office**
101 N. Wacker Drive, Suite
100 Chicago, IL 60606
Office: (312) 728-7444
Facsimile: (313) 221-9550
www.SGGHLaw.com

**SGGH Detroit Office**
550 W. Merrill St., Ste. 240
Birmingham, MI 48009

June 13, 2025

*Certified Mail-Return Receipt*
Mr. Matthew Weiss
2075 W Stadium Blvd
#1066
Ann Arbor, MI 48106

RE:   Jane Doe 1 and Jane Doe 2 vs. Matthew Weiss, et al.
        United States District Court for the Eastern District of Michigan
        Case No.: 25-CV-10806

Dear Mr. Weiss,

Enclosed please find a copy of the Summons and Complaint, with regards to the suit referenced above. Upon receipt and review of the documents, please contact Attorney Patrick Lannen at 269-370-1746 (patrick@sgghlaw.com), or Attorney Erik Johnson at (248) 221-8561 (erik@sgghlaw.com) through your attorney, or directly to further discuss resolution to setting aside the default that has been entered with the court.

We look forward to speaking with you.

Sincerely,

_____
Parker G. Stinar (P75252)
**STINAR GOULD GRIECO & HENSLEY, PLLC**
101 N. Wacker Dr., Ste. 100
Chicago, IL 60606
(312) 728-7444
parker@sgghlaw.com