# **<u>Exhibit F</u>**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414811105495820499581

Copy        Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

**Latest Update**

This is a reminder to arrange for redelivery of your item before July 1, 2025 or your item will be returned on July 2, 2025. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt: Action Needed**
**Reminder to Schedule Redelivery of your item before July 1, 2025**

June 22, 2025

**Available for Pickup**

ANN ARBOR
2075 W STADIUM BLVD
ANN ARBOR MI 48103-9998
M-F 0800-1900; SAT 1000-1600
June 17, 2025, 11:28 am

**Available for Pickup**

ANN ARBOR, MI 48106
June 17, 2025, 7:21 am

**Arrived at Post Office**

ANN ARBOR, MI 48103
June 17, 2025, 7:10 am

**Arrived at USPS Regional Destination Facility**

DETROIT MI DISTRIBUTION CENTER

Feedback

June 15, 2025, 12:59 pm

**Arrived at USPS Regional Origin Facility**
BEDFORD PARK IL DISTRIBUTION CENTER
June 13, 2025, 11:42 pm

**Accepted at USPS Origin Facility**
CHICAGO, IL 60606
June 13, 2025, 10:27 pm

**Shipping Label Created, USPS Awaiting Item**
CHICAGO, IL 60606
June 13, 2025, 8:24 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates

Schedule Redelivery

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**