# **<u>Exhibit G</u>**

## AFFIDAVIT OF ATTEMPTED SERVICE

I, __Ty Bailey__, being duly sown, hereby state as follows:

1. I have personal knowledge of the facts set forth herein.
2. I am over 18 years of age, of sound mind, and otherwise competent to make and sign this affidavit.
3. I am a Process Server that has been hired by Stinar Gould Grieco & Hensley to effectuate service of the Summons and Complaint on Defendant Matthew Weiss in pending case:

   **Jane Doe 1 and Jane Doe 2 vs. Matthew Weiss, et al.**
   **United States District Court for the Eastern District of Michigan**
   **Case No.: 25-CV-10806**

4. I attempted to serve Mr. Matthew Weiss at 1310 GLENDALOCH CIR, ANN ARBOR, MI 48104 on Thursday, June 19, 2025, at approximately 6:45 p.m. A female answered the door and stated that Mr. Matthew Weiss no longer lives at said address, and I was unable to serve a copy of the Summons and Complaint by personal service.
5. I verify the authenticity of the photos attached from my attempted service at the address location of 1310 GLENDALOCH DR. CIR, ANN ARBOR, MI 48104 on Thursday, June 19, 2025. **(Exhibit 1).**
6. I further attempted to reach Mr. Matthew Weiss by telephone on Monday, June 23, 2025, but I was unable to make contact with him personally about service. I reached a voicemail recording that was of male voice with the name of Matthew Weiss, but no voicemail was left at this time.
7. I made another attempt to reach Mr. Matthew Weiss by telephone on Wednesday, June 25, 2025, but I was unable to make contact with him personally about service. I reached a voicemail recording that was of a male voice with the name of Matthew Weiss and left a voicemail indicating the reason for my call.

FURTHER AFFIANT SAYETH NOT

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06-26-25

Name: Ty Bailey

Signature: [signed]

NOTARY

Signed and sworn to before me this 26TH day of JUNE 20 25.

_____
(Signature of Notary Public)

MARIO D HALL
(Printed name of Notary Public)

WAYNE County, Michigan

Acting in the County of WAYNE

My commission expires: 10/27/2026

**MARIO D HALL**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My commission expires: October 27, 20 26
Acting in the County of WAYNE

# EXHIBIT 1





