# **<u>Exhibit H</u>**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, et al,<br><br>        Plaintiffs,<br>vs.<br><br>MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,<br><br>        Defendants. | Case No. 2:25-CV-10806<br>Hon. Mark A. Goldsmith |

## [PROPOSED] ORDER TO RETRIEVE SERVICE DOCUMENTS

**IT IS HEARBY ORDERED** that Defendant Matthew Weiss retrieve the service package, containing the summons and complaint on this matter from the address provided in his Motion to Set Aside Default to which Plaintiff has initiated service of process: 2075 W Stadium Blvd #1066, Ann Arbor, MI 48106 which 14 days of the entry of this order.

**SO ORDERED**.

Dated:    June  , 2025                                 s/_____
            Detroit, Michigan                       MARK A. GOLDSMITH
                                                               United States District Judge