UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE 1 and JANE DOE 2, et al.

                      Plaintiffs,                        Case No. 2:25-CV-10806

vs.                                              Hon. Mark A. Goldsmith

MATTHEW WEISS; the REGENTS
OF THE UNIVERSITY OF
MICHIGAN; the UNIVERSITY OF
MICHIGAN; KEFFER
DEVELOPMENT SERVICES, LLC,

                      Defendants.

### Index of Exhibits

**Exhibit A** - Text message from unknown number now believed to be the June 23rd service attempt described by the Plaintiff in the affidavit.

**Exhibit B** - Text message exchange from June 12th when defendant received valid service from another plaintiff in the consolidated complaint.

**Exhibit C** - Plaintiff's public response to Defendant's pro se motion to set aside default.