Exhibit A - Text message from unknown number on Monday, June 23.  The affidavit did not say Mr. Bailey sent a text, but the Defendant received a missed call from the same number on that day.  Defendant now believes this is the service attempt described in the affidavit.

