Exhibit B - June 12th text arranging meeting to accept service of legal documents. These documents were served by another plaintiff in the consolidated complaint.

