Exhibit C - Statement distributed to media in response to Defendant's pro se motion to set aside default (published June 12, 2025 at 10:40pm)

> "We followed all applicable court rules and procedural requirements regarding service and default.
>
> This is not a publicity stunt—the federal indictment against Mr. Weiss speaks for itself. We were required to serve the complaint, and we believe service was properly executed.
>
> We're pleased to see that Mr. Weiss is finally making an appearance in this matter.
>
> Mr. Weiss should concentrate his energy on his criminal defense, rather than attempt to attack the lawyers representing the victims of his alleged perverse conduct.
>
> The criminal charges against him are very serious and if found guilty would result in substantial prison time.
>
> — Parker Stinar, Managing Partner, Stinar Gould Grieco & Hensley

Source (last viewed June 27, 2025):
https://www.clickondetroit.com/all-about-ann-arbor/2025/06/13/ex-michigan-football-coach-matt-weiss-breaks-silence-seeks-dismissal-of-default-ruling-in-hacking-case/