**PROOF OF SERVICE**

I hereby certify that on June 30, 2025, I served a copy of the foregoing "Corrected Reply in Support of Motion to Set Aside Clerk's Entry of Default," as well as all Exhibits on Parker Stinar, STINAR GOULD GRIECO & HENSLEY, PLLC, 550 W. Merril St., Ste. Birmingham, MI 48009 by Priority U.S. Mail, postage prepaid.

/s/ Matthew Weiss
Pro Se Defendant
2075 W Stadium Blvd #1066
Ann Arbor, MI 48106