# Exhibit B



