UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br>vs.<br><br>MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,<br><br>Defendants. | Case No. 2:25-CV-10806<br>Hon. Mark A. Goldsmith |

## INDEX OF EXHIBITS

Exhibit A – June 13, 2025 Letter to Weiss

Exhibit B – USPS Tracking