# **Exhibit B**

7/11/25, 8:34 AM

USPS.com® - USPS Tracking® Results

# USPS Tracking®

**ALERT: SEVERE WEATHER, STORMS, AND FLOODING ALONG THE EAST COAST AND IN TEXAS MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

FAQs ›

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**
**(https://reg.usps.com/xsell?**
**app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Remove X Feedback

Tracking Number:

## 9417311105495897339867

Copy         Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

**Latest Update**

This is a reminder to arrange for redelivery of your item before
July 17, 2025 or your item will be returned on July 18, 2025.
You may arrange redelivery by using the Schedule a Redelivery
feature on this page or may pick up the item at the Post Office
indicated on the notice.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● ──────── ●────────────────

**Delivery Attempt: Action Needed**
**Reminder to Schedule Redelivery of your**
**item before July 17, 2025**

July 8, 2025

**Available for Pickup**

ANN ARBOR
2075 W STADIUM BLVD
ANN ARBOR MI 48103-9998
M-F 0800-1900; SAT 1000-1600
July 3, 2025, 8:52 am

USPS.com® - USPS Tracking® Results

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-**
**package)**

**Text & Email Updates**                                    >

**Schedule Redelivery**                                     >

**Return Receipt Electronic**                               >

**USPS Tracking Plus®**                                     >

**Product Information**                                     >

See Less ⌄

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

USPS.com® - USPS Tracking® Results

**FAQs**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9417311105498973398677%2C&tABt=false