UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE 1 and JANE DOE 2,

                Plaintiffs,

vs.

MATTHEW WEISS; the REGENTS
OF THE UNIVERSITY OF
MICHIGAN; the UNIVERSITY OF
MICHIGAN; KEFFER
DEVELOPMENT SERVICES, LLC,

                Defendants.

Case No. 2:25-CV-10806
Hon. Mark A. Goldsmith

---

## INDEX OF EXHIBITS

Exhibit A – USPS – 1310 Glendaloch AA

Exhibit B – USPS – CT Tracking

Exhibit C – Return Receipt

Exhibit D – June 17 USPS Tracking

Exhibit E – SIGNED Affidavit with Exhibits