# **<u>Exhibit A</u>**

| Shipment Status | Tracking # | Date Delivered | Recipient | Filer Name | Address |
|---|---|---|---|---|---|
| Undeliverable | 9414811206208878983616 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |
| Undeliverable | 9414811206208881906312 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |
| Undeliverable | 9414811206208881907074 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |
| Undeliverable | 9414811206208882153821 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |
| Undeliverable | 9414811206208882121424 | | Mr. Matthew Weiss, 1310 ... | Mr. Matthew Weiss | 1310 Glendaloch Cir |

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414811206208882153821

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item could not be delivered on June 13, 2025 at 2:40 pm in ANN ARBOR, MI 48103. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Alert
**Unclaimed/Being Returned to Sender**
ANN ARBOR, MI 48103
June 13, 2025, 2:40 pm

### Reminder to Schedule Redelivery of your item
April 24, 2025

### Notice Left (No Authorized Recipient Available)
ANN ARBOR, MI 48104
April 19, 2025, 11:21 am

### Out for Delivery
ANN ARBOR, MI 48104
April 19, 2025, 6:10 am

### Arrived at Post Office
ANN ARBOR, MI 48103
April 19, 2025, 5:44 am

### Arrived at USPS Facility
ANN ARBOR, MI 48103

Feedback

April 19, 2025, 2:59 am

**Departed USPS Regional Facility**

DETROIT MI DISTRIBUTION CENTER
April 19, 2025, 2:02 am

**Arrived at USPS Regional Destination Facility**

DETROIT MI DISTRIBUTION CENTER
April 18, 2025, 9:07 pm

**In Transit to Next Facility**

April 18, 2025

**Arrived at USPS Regional Origin Facility**

CHICAGO IL DISTRIBUTION CENTER
April 17, 2025, 8:54 pm

**Accepted at USPS Origin Facility**

CHICAGO, IL 60606
April 17, 2025, 7:39 pm

**Shipping Label Created, USPS Awaiting Item**

CHICAGO, IL 60606
April 15, 2025, 9:11 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ˅

Return Receipt Electronic ˅

USPS Tracking Plus® ˅

Product Information ˅

See Less ˄

Track Another Package

USPS.com® - USPS Tracking® Results

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**