# Exhibit C

**UNITED STATES POSTAL SERVICE**

May 14, 2025

Dear Melissa Winecki:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8112 0620 8882 1446 14**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | April 28, 2025, 1:24 pm |
| Location: | MADISON, CT 06443 |
| Postal Product: | USPS Ground Advantage™ |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Mr Matthew Weiss |

| Shipment Details | |
|---|---|
| Weight: | 8.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004