# **Exhibit D**

Case 2:25-cv-10806-MAG-EAS   ECF No. 83-5, PageID.2512   Filed 07/16/25   Page 2 of 4

**ALERT: SEVERE WEATHER, STORMS, AND FLOODING ALONG THE EAST COAST AND IN TEXAS MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs ›

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9417311105495897339867

Feedback

Copy     Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

**Latest Update**

This is a reminder to arrange for redelivery of your item before July 17, 2025 or your item will be returned on July 18, 2025. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Delivery Attempt: Action Needed**
Reminder to Schedule Redelivery of your item before July 17, 2025

July 8, 2025

**Available for Pickup**

ANN ARBOR
2075 W STADIUM BLVD
ANN ARBOR MI 48103-9998
M-F 0800-1900; SAT 1000-1600

July 3, 2025, 8:52 am

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

See All Tracking History

[What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)](https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Schedule Redelivery

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**