# EXHIBIT A

# USPS Tracking®

Tracking

 **Track Packages Anytime, Anywhere**  Get the free Informed Delivery® feature to receive automated notifications on your packages    Lear

**Tracking Number:**

# 9417311105495897339867

Copy   Schedule a Redelivery

### Latest Update

This is a reminder to arrange for redelivery of your item before July 17, 2025 or your item will be returned on July 18, 2025. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivery Attempt: Action Needed**
**Reminder to Schedule Redelivery of your item before July 17, 2025**
July 8, 2025

**Available for Pickup**
ANN ARBOR
2075 W STADIUM BLVD
ANN ARBOR MI 48103-9998
M-F 0800-1900; SAT 1000-1600
July 3, 2025, 8:52 am

**Available for Pickup**
ANN ARBOR, MI 48106
July 3, 2025, 8:30 am

**Arrived at Post Office**
ANN ARBOR, MI 48103
July 3, 2025, 8:19 am

**Departed USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
July 3, 2025, 3:58 am

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
July 2, 2025, 2:26 pm

**In Transit to Next Facility**
July 2, 2025, 10:19 am

**Departed USPS Regional Facility**
CHICAGO IL DISTRIBUTION CENTER
July 2, 2025, 8:03 am

**Arrived at USPS Regional Origin Facility**
CHICAGO IL DISTRIBUTION CENTER
July 1, 2025, 9:57 pm

**Accepted at USPS Origin Facility**
CHICAGO, IL 60606
July 1, 2025, 8:42 pm

**Shipping Label Created, USPS Awaiting Item**
CHICAGO, IL 60606
June 30, 2025, 10:47 am

Hide Tracking History