UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                                      Case No. 25-cv-10806
                                                     HON. MARK A. GOLDSMITH

MATTHEW WEISS et al.,

    Defendants.

_____/

## ORDER FOLLOWING JULY 24, 2025 HEARING

For the reasons stated at the July 24, 2025 hearing, the Court orders as follows:

1. Based on statements made by Defendant Matthew Weiss on the record, he no longer contests any alleged absence of, or deficiencies in, service of the summons and complaints in any of the consolidated actions. Plaintiffs' motion to extend the time for service of summons (Dkt. 83) is denied, as moot.

2. Based on Plaintiffs' counsel's statement on the record that Plaintiffs stipulate to setting aside the default entered against Defendant Weiss (Dkt. 64), the default is set aside, and his motion seeking such relief (Dkt. 68) is granted in that respect. His motion for leave to file a supplemental exhibit (Dkt. 85) is denied, as moot.

3. Defendant Weiss's motion seeking an extension of time to respond to the consolidated complaint (Dkt. 79) is granted, in part. He must file a response to Plaintiffs' First Consolidated Class Action Complaint (Dkt. 74) on or before September 2, 2025.

4. The other Defendants must also file their responses to the consolidated complaint on or before September 2, 2025.

2

SO ORDERED.

| | |
|---|---|
| Dated: July 25, 2025<br>Detroit, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 25, 2025.

s/Joseph Heacox<br>
JOSEPH HEACOX<br>
Case Manager