UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC, DATA SECURITY
BREAK LITIGATION                    Case No. 25-md-3159
                                    HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
*25-cv-10806*

_____/

**ORDER REGARDING MDL TRANSFER**

This matter has been consolidated in this Court pursuant to the Judicial Panel on Multidistrict Litigation's August 8, 2025 order in MDL No. 3159.  See Transfer Order (Dkt. 1). Within 10 days of the entry of the instant order, the parties shall file on this Court's master MDL docket 25-md-3159 — as separate docket entries — any pending motions, responses, and replies to those motions that were filed on the originating Court's docket, along with the latest complaint and answer.  Do not file these on the dockets of the cases being transferred.  Any further filings in this matter must be made on the Court's master docket only, unless otherwise directed by the Court.

If the filing applies to all cases, it must be captioned as follows:

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC, DATA SECURITY
BREACH LITIGATION                   Case No. 25-md-3159
                                    HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
*ALL ACTIONS*

If the filing applies only to certain cases, it must be captioned to include the appropriate member transferee docket number(s) as follows:

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC, DATA SECURITY
BREACH LITIGATION                   Case No. 25-md-3159
                                    HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
*XX-CV-12345*

*XX-CV-12348*
*etc.*

**SO ORDERED.**

Dated:  September 2, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 2, 2025.

s/Joseph Heacox  
JOSEPH HEACOX  
Case Manager