UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC, DATA SECURITY
BREACH LITIGATION

Case No. 25-md-3159
HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
*25-cv-10806*

_____/

### ORDER TERMINATING PRE-MDL OUTSTANDING MOTIONS

By virtue of the 5/23/2025 Order for Consolidation and Related Matters (Dkt. 58), and because none of the pending motions in this matter was refiled onto the Court's master MDL docket, the Court deems that all pending motions in this matter are resolved.

**SO ORDERED.**

Dated: October 28, 2025
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 28, 2025.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager